THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODNEY CLEMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>SALEH OBAISI, MARLENE HENZE,<br>RANDY PFISTER, NICOLE DUFFIELD,<br>and DONALD MILLS,<br><br>        Defendants. | Case No. 1:19-cv-07018<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

## JOINT STATUS REPORT

Rodney Clemons, by and through his attorneys, Palmersheim & Mathew LLP and Defendants Wexford Health Sources, Inc. ("Wexford"), Ghaliah Obaisi as the Independent Executor of the Estate of Saleh Obaisi, and Dr. Marlene Henze (collectively, "Wexford Defendants"), by and through their counsel, Cassiday Schade LLP, and pursuant to this Court's Order, (*see* Minute Entry of August 23, 2022, Dkt. 109), respectfully submit this Joint Status Report on behalf of all parties to the above-captioned case.

### I. Current Status of Discovery

For written discovery, the only currently outstanding document is the production of data responsive to the requests at issue in the previously filed motion to compel (the "Patient Key Spreadsheet"). Following a meet and confer on June 13, 2022, counsel for Wexford agreed to produce the agreed upon utilization management notes ("Patient Key Notes") and made an initial production on July 1, 2022. Shortly, after the production, the parties met and conferred about the format of the production and Plaintiff's counsel asked Wexford's counsel to reproduce the

1

materials in a format that would be easier to review – chronological order by patient ID number. While the undersigned counsel disagreed about whether the production format complied with the rules and which party should bear the burden of reformatting the materials, in order to reduce the burden on the court and avoid motion practice, on July 14, 2022, counsel for Wexford agreed to reproduce the material in the format requested by Plaintiff. On September 9, 2022, counsel for Wexford informed Plaintiff's counsel that her paralegal reformatted the document by chronological order (regardless of patient ID number), and she would determine how long it would take to re-sort it chronologically by Patient ID number. Counsel for Wexford anticipates having the reformatted document to Plaintiff's counsel prior to the scheduled status hearing with the court on September 21, 2022.

For the Patient Key Notes, Plaintiff's counsel requested that Wexford stipulate that the information contained in this document is authentic and falls within hearsay exceptions under FRE 803(4) and 803(6). This stipulation would not affect Wexford's ability to challenge the admission of this evidence on the grounds of Relevance and FRE 403. Wexford does not anticipate an issue in reaching a stipulation on this issue and expects to have this finalized by the scheduled status hearing with the court on September 21, 2022.

For oral discovery, Defendant Dr. Marlene Henze was deposed on September 12, 2022, and Dr. Ritz's deposition is scheduled for September 29, 2022. Plaintiff, Rodney Clemon's deposition was supposed to occur on September 15, 2022 but a scheduling issue with the prison caused his deposition to be delayed and it is now scheduled to go forward on October 5, 2022. Once the above-noted depositions are completed, the only deposition that remains will be Wexford's Rule 30(b)(6) deposition(s). Plaintiff's counsel narrowed the deposition topics for the Rule 30(b)(6) deposition(s) on August 26, 2022 and counsel for Wexford anticipates being able

to identify the appropriate witness(es) prior to the status hearing with the court on September 21, 2022. The parties will update the court on any scheduling issues with this deposition at the status hearing.

## II. The parties' views regarding prospects for settlement and whether they request a referral to the magistrate judge for a settlement conference

Counsel for Wexford and Plaintiff's counsel believe that settlement discussions would be premature and that, at the very least, fact discovery should be completed prior to a referral to the magistrate judge for a settlement conference.

## III. Any other matters the parties wish to discuss at the next telephonic status hearing.

In lieu of counsel for the IDOC Defendants participating in the next status conference, she has prepared the following update together with Plaintiff's counsel, as previously requested by the Court. The IDOC Defendants and Plaintiff have finalized a settlement agreement, and they are working to execute the necessary documents. The IDOC Defendants and Plaintiff hope to file the stipulation of dismissal in the near future once payment has been made, which the IDOC Defendants and Plaintiff anticipate will be within the next sixty days.

Dated: September 15, 2022                                   Respectfully submitted,

/s/ Timothy G. Parilla
Timothy G. Parilla
Robert J. Palmersheim
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL  60654
(312) 319-1791
tgp@thepmlawfirm.com
rjp@thepmlawfirm.com

*Attorneys for Rodney Clemons*

## CERTIFICATE OF SERVICE

I, Timothy G. Parilla, an attorney, certify that on September 15, 2022, I caused the foregoing **Joint Status Report** to be served on all counsel of record listed via the Court's ECF system.

/s/ Timothy G. Parilla
Timothy G. Parilla
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL 60654
(312) 319-1791
tgp@thepmlawfirm.com

*One of the attorneys for Rodney Clemons*